**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

☐ _____ X

IN RE: FRALEG QUINCY CORP

Debtor


☐ _____ X

Chapter 11

Case No: _____

2023 NOV 30 P 12: 06

## VERIFICATION OF CREDITOR MATRIX / LIST OF CREDITORS

The undersigned Debtor hereby verifies that the Creditor Matrix/List of Creditors herein submitted herein is true and correct to the best of his or her knowledge.

Dated: November 30 th, 2023

FRALEG QUINCY CORP (Debtor)

_____
By:    Krishawn Samoson
Title:  Vice President

CREDITOR MATRIX

1. WILMINGTON TRUST, N.A.
   C/O RESIDENTIAL ASSETS I,LLC
   350 PARK AVENUE, 20 FLOOR
   NEW YORK, NY 10022

2. KRISHAWN SAMPSON
   45 Main Street Suite 518
   Brooklyn NY 11201
   Title: VICE PRESIDENT

3. Andrew Alege
   45 Main Street Suite 518
   Brooklyn New York 11201
   Title: PRESIDENT