United States Bankruptcy Court
Eastern District of New York

In re:  Case No. 23-44383-ess
Fraleg Quincy Corp  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0207-1  User: admin  Page 1 of 2
Date Rcvd: Jan 26, 2024  Form ID: pdf000  Total Noticed: 3

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Fraleg Quincy Corp, 45 Main Street Suite 518, Brooklyn, NY 11201-1023 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| | ^ MEBN | Jan 26 2024 18:13:08 | FRIEDMAN VARTOLO LLP, 1325 Franklin Avenue, Suite 160, Garden City, NY 11530-1631 |
| 10284613 | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 26 2024 18:15:00 | INTERNAL REVENUE SERVICE, P.O. BOX 7346, PHIALDELPHIA, PA 19101-7346 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 28, 2024    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2024 at the address(es) listed below:**

**Name**    **Email Address**

Kathy McCullough Day
    on behalf of Creditor Lima One Capital as servicer for Wilmington Trust  N.A., Not in its Individual Capacity, but Solely as Trustee of MFRA Trust 2016-1 bkecf@friedmanvartolo.com, ksitcer@schillerknapp.com

Office of the United States Trustee

District/off: 0207-1　　　　　　　　　　　　User: admin　　　　　　　　　　　　Page 2 of 2
Date Rcvd: Jan 26, 2024　　　　　　　　　　Form ID: pdf000　　　　　　　　　　Total Noticed: 3

　　　　　　　　　　　　　　USTPRegion02.BR.ECF@usdoj.gov

TOTAL: 2

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In re:                                                                      Chapter 11
                                                                                   Case No. 23-44383-ess
       FRALEG QUINCY CORP,

                                 Debtor.
----------------------------------------------------------x

## ORDER DISMISSING CASE

WHEREAS, on November 30, 2023, Fraleg Quincy Corp (the "Debtor") filed a petition for relief under Chapter 11 of the Bankruptcy Code; and

WHEREAS, on November 30, 2023, the Clerk of the Court entered a Notice of Deficient Chapter 11 Case for the Debtor's failure to be represented by counsel (the "Debtor's Failure to be Represented by Counsel"), scheduling a hearing for December 21, 2023; and

WHEREAS, on December 21, 2023, the Court adjourned the December 21, 2023 hearing on the Debtor's Failure to be Represented by Counsel to January 24, 2024; and

WHEREAS, on January 24, 2024, the Court held a hearing on the Debtor's Failure to be Represented by Counsel, at which the creditor Lima One Capital and the United States Trustee appeared and were heard, and the Debtor did not appear; and

WHEREAS, the Debtor is an entity and is not an individual; and

WHEREAS, courts in this Circuit have concluded that an entity "must appear through licensed counsel" in federal court, *Lattanzio v. COMITA*, 481 F.3d 137, 140 (2d Cir. 2007); and

WHEREAS, as of the date of this order, the Debtor has not filed a notice of appearance of counsel.

NOW THEREFORE, it is hereby

ORDERED, that, based on the entire record, including the record of the January 24, 2024 hearing, the Debtor's case is dismissed for failure to retain counsel.



Dated: Brooklyn, New York
January 25, 2024

Elizabeth S. Stong
United States Bankruptcy Judge

TO:

**Fraleg Quincy Corp**
45 Main Street Suite 518
Brooklyn, NY 11201

**INTERNAL REVENUE SERVICE**
P.O. BOX 7346
Philadelphia, PA 19101-7346

**FRIEDMAN VARTOLO LLP**
1325 Franklin Avenue, Suite 160
Garden City, NY 11530

**Office of the United States Trustee**
Eastern District of NY (Brooklyn)
Alexander Hamilton Custom House
One Bowling Green
Room 510
New York, NY 10004-1408